Michael D. Mann
Richards Kibbe & Orbe LLP
701 8th Street NW
Washington, DC 20001
Telephone: (202) 261-2990
Facsimile: (202) 261-2999

Attorneys for Defendant Melanie Lundquist

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
JUDITH GREENBERG, Derivatively on  :
Behalf of MUNICIPAL MORTGAGE &     :
EQUITY LLC,                         :
                                    :
       Plaintiffs,                :
                                    :
       v.                         :
                                    :
MICHAEL L. FALCONE,                 :
KEITH J. GLOECKL,                   :    Civil Action No. 1:08-CV-02005 (MGC) (ECF)
GARY A. MENTESANA,                  :
EARL W. COLE, III,                  :
MARK K. JOSEPH,                     :
CHARLES C. BAUM,                    :
RICHARD O. BERNDT,                  :
ROBERT S. HILLMAN,                  :
DOUGLAS A. MCGREGOR,                :
EDDIE C. BROWN,                     :
FRED N. PRATT, JR.,                 :
ARTHUR S. MEHLMAN,                  :
BARBARA B. LUCAS,                   :
WILLIAM S. HARRISON,                :
ANGELA A. BARONE,                   :
MELANIE M. LUNDQUIST                :
and ROBERT J. BANKS,                :
                                    :
       Defendants,                :
                                    :
       -and-                      :
                                    :
MUNICIPAL MORTGAGE & EQUITY,        :
LLC, a Delaware corporation,        :
                                    :
       Nominal Defendant.         :
                                    :
-----------------------------------------------------x

## NOTICE OF APPEARANCE OF MICHAEL D. MANN

PLEASE TAKE NOTICE that the undersigned appears for Defendant Melanie Lundquist in the above-captioned case and requests that service be made of all orders, notices and other pleadings of any nature filed in this case on: Michael D. Mann, Richards Kibbe & Orbe LLP, 701 8th Street NW, Washington, DC 20001.

I certify that I am admitted to practice in this Court.

Dated: March 5, 2008
       Washington, DC

                                              RICHARDS KIBBE & ORBE LLP

                                              /s/ Michael Mann
                                              Michael D. Mann
                                              701 8th Street NW
                                              Washington, DC 20001
                                              Telephone: (202) 261-2990
                                              Facsimile: (202) 261-2999
                                              MMann@rkollp.com

                                              Counsel for Defendant Melanie Lundquist

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2008, I served the foregoing Notice of Appearance of Michael D. Mann through the Court's electronic notification system to all registered counsel.

_____
Michael A. Schneider