UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

JUDITH GREENBERG, Derivatively on
Behalf of MUNICIPAL MORTGAGE &
EQUITY LLC,

      Plaintiffs,

      v.

MICHAEL L. FALCONE,
KEITH J. GLOECKL,
GARY A. MENTESANA,
EARL W. COLE, III,
MARK K. JOSEPH,
CHARLES C. BAUM,
RICHARD O. BERNDT,
ROBERT S. HILLMAN,
DOUGLAS A. MCGREGOR,
EDDIE C. BROWN,
FRED N. PRATT, JR.,
ARTHUR S. MEHLMAN,
BARBARA B. LUCAS,
WILLIAM S. HARRISON,
ANGELA A. BARONE,
MELANIE M. LUNDQUIST
and ROBERT J. BANKS,

      Defendants,

      -and-

MUNICIPAL MORTGAGE & EQUITY,
LLC, a Delaware corporation,

      Nominal Defendant.

------------------------------------------------------x



Civil Action No. 1:08-CV-02005 (MGC)

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION

Upon the motion of Michael D. Mann, Esq. attorney for Defendant Melanie Lundquist and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

Applicant's Name:   David W.T. Daniels
Firm Name:          Richards Kibbe & Orbe LLP
Address:            701 8th Street, N.W.
City/State/Zip      Washington, D.C. 20001-3727
Telephone/Fax:      (202) 261-2960 / (202) 261-2999
Email Address:      DDaniels@rkollp.com

is admitted to practice pro hac vice as counsel for Defendant Melanie Lundquist the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: March 25, 2008

_____
United States District Judge

2