UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GREENBERG, et al.

       Plaintiffs,     :   08 Civ. 2005 (RMB)
  -against-

FALCONE, et al.,
              :   **ADMINSTRATIVE ORDER**
       Defendants.
------------------------------------------------------------X

  The Clerk of Court is respectfully requested to designate the above captioned case, which was recently transferred from Judge Miriam G. Cedarbaum to the undersigned, as related to Gelmis v. Cole, No. 08 Civ. 0980.

**SO ORDERED.**

Dated: New York, New York
   April 16, 2008

                      _RMB_
                     **Richard M. Berman, U.S.D.J.**