UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
:
JUDITH GREENBERG, Derivatively On Behalf of
MUNICIPAL MORTGAGE & EQUITY, LLC,   :

        Plaintiffs,   :

    vs.   :

MICHAEL L. FALCONE, et al.,   :

        Defendants,   :

    -and-   :

MUNICIPAL MORTGAGE & EQUITY, LLC,   :
a Delaware corporation,

        Nominal Defendant.

------------------------------------x

1:08 CV 02005 (RMB)

**STIPULATION AND ORDER**

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. Defendant Municipal Mortgage & Equity, LLC's ("MuniMae") time to answer, move or otherwise respond to the Complaint, which was originally due on April 23, 2008, is extended until at least May 7, 2008.

2. MuniMae has filed a motion before the Judicial Panel on Multidistrict Litigation seeking coordination or consolidation of pretrial proceedings in the MuniMae securities and derivative actions. This extension is intended to allow all of the parties time to discuss a uniform scheduling agreement, including a reasonable time for MuniMae to answer, move or otherwise respond to the Complaint.

NYB 1588428v2

There have been no previous requests for an extension of time.

Dated: April 23, 2008

New York, New York

Respectfully submitted,

| ROBBINS UMEDA & FINK, LLP | CLIFFORD CHANCE US LLP |
|---|---|
| By _____ | By _____ |
| Brian J. Robbins<br>Marc M. Umeda<br>Steven J. Simerlein<br>Gregory E. Del Gaizo | James B. Weidner<br>Robert G. Houck |
| 610 West Ash Street, Suite 1800<br>San Diego, California 92101<br>(619) 525-3990<br>Fax: (619) 525-3991 | 31 West 52nd Street<br>New York, New York 10019-6131<br>(212) 878-8000<br>Fax: (212) 878-8375 |

and

LAW OFFICES OF CURTIS V. TRINKO, LLP
Curtis V. Trinko
Wai K. Chan

(Attorneys for Defendant Municipal Mortgage & Equity LLC)

16 West 46th Street, 7th Floor
New York, New York 10036
(212) 490-9550

(Attorneys for Plaintiffs)

SO ORDERED
Date: 4/24/08

Subject to Court's Orders + Rules
RMB
_____
Hon. Richard M. Berman
United States District Court Judge

NYB 1588428v2