UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JUDITH GREENBERG, Derivatively On Behalf of
MUNICIPAL MORTGAGE & EQUITY, LLC,

        Plaintiffs,

vs.

MICHAEL L. FALCONE, et al.,

        Defendants,

-and-

MUNICIPAL MORTGAGE & EQUITY, LLC,
a Delaware corporation,

        Nominal Defendant.

------------------------------------x

1:08 CV 02005 (RMB)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned parties to this action, as follows:

1. Defendant Municipal Mortgage & Equity, LLC ("MuniMae") shall have until June 6, 2008, to answer, move or otherwise respond to the above-captioned complaint ("the Complaint").

2. In the event that Defendant MuniMae moves to stay its response to the Complaint pending the decision by the Judicial Panel on Multidistrict Litigation on MuniMae's motion to transfer and consolidate all the related securities and derivative actions against it in the Southern District of New York, such motion shall be filed by May 21, 2008.

NYB 1589440v3

3. The parties have previously entered into one stipulation extending MuniMae's time to answer, move or otherwise respond to the Complaint to May 7, 2008, in order to afford the parties time to discuss a uniform scheduling agreement.

Dated: May 7, 2008

New York, New York

Respectfully submitted,

| ROBBINS UMEDA & FINK, LLP | CLIFFORD CHANCE US LLP |
|---|---|
| By _Marc M. Umeda (by permission)_ | By _Robt G. H___ |
| Brian J. Robbins | James B. Weidner |
| Marc M. Umeda | Robert G. Houck |
| Steven J. Simerlein | 31 West 52nd Street |
| Gregory E. Del Gaizo | New York, New York 10019-6131 |
| 610 West Ash Street, Suite 1800 | (212) 878-8000 |
| San Diego, California 92101 | Fax: (212) 878-8375 |
| (619) 525-3990 | |
| Fax: (619) 525-3991 | (Attorneys for Defendant Municipal Mortgage & Equity, LLC) |

and

LAW OFFICES OF CURTIS V. TRINKO, LLP
Curtis V. Trinko
Wai K. Chan
16 West 46th Street, 7th Floor
New York, New York 10036
(212) 490-9550

(Attorneys for Plaintiffs)

SO ORDERED

Date: __5/9/08__

_____
Hon. Richard M. Berman
United States District Court Judge

NYB 1589440v3